RECEIVED

JUL 14 2023

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

| | |
|---|---|
| UNITED STATES OF AMERICA | Mag. No. 23-3006 (TJB) |
| v. | CONTINUANCE ORDER |
| FREDERICK WHITE | |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Ian D. Brater, Assistant U.S. Attorney), and defendant FREDERICK WHITE (by Stanley King, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through October 13, 2023; and two continuances having previously been granted by this Court; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and the defendant, through his attorney, having consented to this continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations have commenced and are ongoing, and both the United States and the defendant seek time to achieve a successful resolution of these negotiations, which would render grand jury proceedings and a trial in this matter unnecessary;

(2) The charges in this case result from a lengthy investigation, and the pre-indictment discovery the United States has voluntarily provided to the defendant involves numerous audio and video recordings that defense counsel requires adequate time to review;

(3) Despite the exercise of due diligence, the circumstances of this case require giving defense counsel a reasonable amount of time to review pre-indictment discovery and for effective preparation;

(4) The defendant has consented to the aforementioned continuance;

(5) The grant of a continuance will likely conserve judicial resources; and

(6) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 14th day of July, 2023,

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through October 13, 2023; and it is further

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

ORDERED that the period from the date this Order is signed through and including October 13, 2023 shall be excludable in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge

Form and entry consented to:

Stanley King, Esq.
Counsel for Defendant

s/ Ian D. Brater

Ian D. Brater
Assistant U.S. Attorney

s/ Eric A. Boden

Eric A. Boden
Attorney-in-Charge
Trenton Branch Office